IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTOINETTE J. CROWL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 02-CV-468 |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### CONSENT ORDER FOR EXTENSION OF TIME
### TO FILE ANSWER OR RESPONSIVE PLEADINGS

WHEREAS, service of the summons in this action was effected on the Maryland Insurance Administration on February 19, 2002, but not received by the Defendant, The Prudential Insurance Company of America ("Prudential"), from the Administration until on or about February 27, 2002, and Prudential has requested, through counsel, additional time to review the file in this matter; and

WHEREAS, counsel for the Plaintiff has indicated his consent to this request;

NOW, THEREFORE, it is this 12 day of March, 2002:

ORDERED that the Defendant's deadline to file an answer or other responsive pleading to the Plaintiff's Complaint shall be extended until March 25, 2002.

_____
UNITED STATES DISTRICT JUDGE

For the Defendant:

_____
Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209


For the Plaintiff:

_____  w/ permission
William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road
Suite B222
Bowie, MD 20716




**COPIES TO BE SENT TO:**

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209

William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road
Suite B222
Bowie, MD 20716

2