IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTOINETTE J. CROWL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-468 |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER FOR SECOND EXTENSION OF**
**TIME TO FILE ANSWER OR RESPONSIVE PLEADINGS**

WHEREAS, counsel for the Plaintiff, Antoinette J. Crowl, and counsel for the Defendant, The Prudential Insurance Company of America ("Prudential"), are presently engaged in discussions regarding a possible resolution of this case, and believe it desirable to further extend Prudential's March 25, 2002 response deadline to maximize the likelihood of such resolution;

NOW, THEREFORE, it is this 28th day of March, 2002:

ORDERED that the Defendant's deadline to file an answer or other responsive pleading to the Plaintiff's Complaint shall be extended until April 8, 2002.

_____
UNITED STATES DISTRICT JUDGE

For the Defendant:

_____
Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209


For the Plaintiff:

_____
William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road
Suite B222
Bowie, MD 20716




**COPIES TO BE SENT TO:**

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite B222
Bowie, MD 20716

2