IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTOINETTE J. CROWL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-CV-468 |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER**
**(Closing Case Administratively)**

WHEREAS, the parties hereto, Antionette J. Crowl, plaintiff, and The Prudential Insurance Company of America, defendant, are in full agreement, as evidenced by the signatures of their respective counsel below, that this case should be closed administratively and taken off the Court's active docket in order to allow the plaintiff to exhaust her remaining administrative remedies with the employee welfare benefit plan in question;

IT IS THEREFORE, this 9th day of April, 2002:

ORDERED that the above-captioned case be and hereby is CLOSED ADMINISTRATIVELY to allow exhaustion of said administrative remedies, subject to the right of either party to re-open this case upon appropriate motion.

_____
UNITED STATES DISTRICT JUDGE

For the Defendant:

_____
Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209


For the Plaintiff:

_____
William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road
Suite B222
Bowie, MD 20716




**COPIES TO BE SENT TO:**

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

William P. Dale, Esq.
Charles F. Fuller, Esq.
McCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite B222
Bowie, MD 20716